**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7104**

_____

ANTHONY JO-ALLEN MCCOY,

Plaintiff - Appellant,

v.

HURST, Captain, Nottoway Correctional Center; WALTON, Lieutenant, Nottoway Correctional Center; STOKES, Lieutenant, Nottoway Correctional Center; ANDERSON, Sergeant; CHAPPELL, Correctional Officer,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (3:10-cv-00869-JRS)

_____

Submitted: October 11, 2012          Decided: October 16, 2012

_____

Before KING, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony Jo-Allen McCoy, Appellant Pro Se.  Lara Kate Jacobs, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Jo-Allen McCoy appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McCoy v. Hurst, No. 3:10-cv-00869-JRS (E.D. Va. June 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED